# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NorthStar Business Enterprises, LLC, et al., | Case No. 24-cv-3492 (NEB/DTS) |
| Plaintiffs/Counter Defendants, | |
| v. | **ORDER** |
| Sharon Nelson, | |
| Defendant/Counter Claimant. | |

Plaintiffs and Counter Defendants NorthStar Business Enterprises, LLC and L. Londell McMillan move to continue sealing Plaintiffs' Amended Complaint, Plaintiffs and Counterclaim Defendants' Answer to Counterclaims, and Exhibits 8 and 9 to Plaintiffs and Counterclaim Defendants' Answer to Counterclaims. Dkt. No. 32. Based on the file, records, and proceedings;

**IT IS HEREBY ORDERED:** Defendant and Counter Claimant shall file her response, if any, within 7 days of the issuance of this order.

Dated: November 27, 2024          ____s/David T. Schultz_____
                                  DAVID T. SCHULTZ
                                  U.S. Magistrate Judge