UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

NorthStar Business Enterprises, LLC;
L. Londell McMillan,

    Plaintiffs,

v.

Sharon Nelson,

    Defendant.

Case No. 24-cv-3492 (NEB/DTS)

**ORDER**

---------------------------------------------------------

Sharon Nelson and Norrine Nelson, *individually*; Breanna Nelson and Allen Nelson, *as co-trustees of the John R. Nelson Trust*,

    Counterclaim-Plaintiffs,

v.

NorthStar Business Enterprises, LLC;
L. Londell McMillan; Charles Spicer, Jr.,

    Counterclaim-Defendants.

---

Plaintiffs and Counterclaim-Defendants Northstar Business Enterprises LLC, L. Londell McMillan, and Counterclaim-Defendant Charles Spicer moved to stay discovery and strike the scheduling order deadlines. Dkt. Nos. 93, 99. A hearing on their motion was set for 10:00 AM on July 10, 2025. Dkt. No. 100.

On June 23, 2025, Judge Brasel stayed this action pending the resolution of *McMillan v. Nelson*, C.A. No. 2024-0016-KSJM, (Del. Ch. Ct.). Dkt. No. 104 at 14–15. Based on the file, records, and proceedings;

**IT IS HEREBY ORDERED:**

1. Plaintiffs and Counterclaim-Defendants' Motion to Stay Discovery and Strike Scheduling Order Deadlines [Dkt. Nos. 93, 99] is **DENIED AS MOOT**.

2. The motion hearing set for July 10, 2025, is **CANCELLED**.

Dated: June 26, 2025							s/ David T. Schultz
							DAVID T. SCHULTZ
							U.S. Magistrate Judge